UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD EUGENE CANNADY, Petitioner, v. BRYAN BIRKHOLZ, Warden, Respondent. | Case No. 2:25-cv-07206-AH-DTB **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) denying as moot Docket Nos. 32, 39, 45, 56, 57, 59, 80, 87, 90, 97, 98,

100 and 107; (c) ordering Respondent to restore to Petitioner any and all victim restitution in United States v. Cannady collected from Petitioner through the Inmate Financial Responsibility Program ("IFRP") within fifteen (15) days of this Order; (d) ordering Respondent to place Petitioner on a "no obligation" status under the IRFP for the victim restitution imposed in United States v. Cannady; and (e) ordering Respondent to file a status report within two (2) business days of the date of the restoration to Petitioner of any and all victim restitution in United States v. Cannady collected from Petitioner through the IRFP, attesting to Respondent's compliance with this Order (along with proof of such compliance).

Dated: SEPTEMBER 23, 2026

ANNE HWANG
UNITED STATES DISTRICT JUDGE