JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD EUGENE CANNADY,<br><br>Petitioner,<br><br>v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>Respondent. | Case No. 2:25-cv-07206-AH-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Docket Nos. 32, 39, 45, 56, 57, 59, 80, 87, 90, 97, 98, 100 and 107 are denied as moot.

Respondent is ordered to restore to Petitioner any and all victim restitution in United States v. Cannady collected from Petitioner through the Inmate Financial Responsibility Program ("IFRP") within fifteen (15) days of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

Respondent is ordered to place Petitioner on a "no obligation" status under the IRFP for the victim restitution imposed in United States v. Cannady.

Respondent is ordered to file a status report within two (2) business days of the date of the restoration to Petitioner of any and all victim restitution in United States v. Cannady collected from Petitioner through the IRFP, attesting to Respondent's compliance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge (along with proof of such compliance).

Dated: SEPTEMBER 23, 2026

ANNE HWANG
UNITED STATES DISTRICT JUDGE